UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILES E PARTMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE, WORKING WASHINGTON, UBER TECHNOLOGIES, STATE OF WASHINGTON,<br><br>　　　　　　DefendantS. | CASE NO. 2:22-CV-01516-TL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

　　　　The Clerk shall provide a copy of this Order to plaintiff and to United States District Court Judge Tana Lin.

　　　　DATED this 25th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge